UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **VIRGINIA CAREY** | **CASE NO. 2:22-CV-02530** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **P & S INSURANCE RISK RETENTION GROUP ET AL** | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons in the accompanying Memorandum Ruling, **IT IS ORDERED, ADJUDGED, AND DECREED** that that the Motion for Final Judgment Pursuant to Rule 54(b) (Doc. 20) be **GRANTED**

**IT IS FURTHER ORDERED** that there is no just reason for delay and the Court hereby directs entry of final judgment under Rule 54(b) of the Federal Rules of Civil Procedure as to Plaintiff's survival action claims against Defendants.

**THUS DONE AND SIGNED** in Chambers on the 12th day of December, 2022.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**